**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**TRESEA GREEN,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  C-3-08-229**

**GENERAL ELECTRIC COMPANY,**　　　　**Judge Thomas M. Rose**

    **Defendant.**

---

**ORDER OF DISMISSAL: TERMINATION ENTRY**

---

    The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

    Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

    The Court will retain jurisdiction to enforce the legal terms of the settlement between the parties, if necessary, provided that a copy of the settlement agreement is docketed.

    **IT IS SO ORDERED** on this Ninth Day of July, 2010.

                                     s/Thomas M. Rose

                                     Thomas M. Rose, Judge
                                     United States District Court

copies furnished:

    Counsel of Record